**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**HENRY BALTZ, on behalf of himself and others similarly situated** CIVIL ACTION NO.: 1:26-CV-4841

***Plaintiff***

**vs**

**CLOWNS.COM INC., et al**

***Defendant***

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **08/21/2026** at **3:00 PM** at **184 Casper Street, Valley Stream, NY 11580**

undersigned served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **Clowns.com Inc.** ,

by delivering thereat a true copy of each to **John Michael** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Male
Race: White
Hair : Black
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

I affirm on 08/24/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No.2119916-DCWP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**HENRY BALTZ, on behalf of himself and others similarly situated** CIVIL ACTION NO.: 1:26-CV-4841

***Plaintiff***

**vs**

**CLOWNS.COM INC., et al**

***Defendant***

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **08/21/2026** at **3:00 PM** at **184 Casper Street, Valley Stream, NY 11580**

undersigned served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **First Entertainment LLC**,

by delivering thereat a true copy of each to **John Michael** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Male
Race: White
Hair : Black
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

I affirm on 08/24/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No.2119916-DCWP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**HENRY BALTZ, on behalf of himself and others similarly situated**

CIVIL ACTION NO.: 1:26-CV-4841

***Plaintiff***

**vs**

**CLOWNS.COM INC., et al**

***Defendant***

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **08/21/2026** at **3:00 PM** at **184 Casper Street, Valley Stream, NY 11580**

undersigned served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **Talent Agency 7 Corporation**,

by delivering thereat a true copy of each to **John Michael** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Male
Race: White
Hair : Black
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

I affirm on 08/24/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No.2119916-DCWP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**HENRY BALTZ, on behalf of himself and others similarly situated** — CIVIL ACTION NO.: 1:26-CV-4841

***Plaintiff***

**vs**

**CLOWNS.COM INC., et al**

***Defendant***

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **08/21/2026** at **3:00 PM** at **184 Casper Street, Valley Stream, NY 11580**

undersigned served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **Adolph Rodriguez**

by delivering thereat a true copy of each to **John Michael [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **184 Casper Street, Valley Stream, NY 11580**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **08/24/2026**

**c/o Clowns.com Inc.**

Description of Person Served Based on Undersigned's Perception:
Gender: Male
Race: White
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 08/24/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No.2119916-DCWP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**HENRY BALTZ, on behalf of himself and others similarly situated** CIVIL ACTION NO.: 1:26-CV-4841

***Plaintiff***

**vs**

**CLOWNS.COM INC., et al**

***Defendant***

# AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **08/21/2026 at 3:00 PM** at **184 Casper Street, Valley Stream, NY 11580**

undersigned served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **Erica Barbuto**

by delivering thereat a true copy of each to **John Michael [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **184 Casper Street, Valley Stream, NY 11580**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **08/24/2026**

**Clowns.com Inc.**

Description of Person Served Based on Undersigned's Perception:
Gender: Male
Race: White
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight:161-200 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 08/24/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No.2119916-DCWP